105 A.3d 1099

TONIQUE GRIFFIN, ET AL., PLAINTIFFS–PETITIONERS, v. CITY OF EAST ORANGE, DEFENDANT–RESPONDENT, AND OBED PRINVIL, ADMINISTRATOR, REGINALD LEWIS AND CLAUDE CRAIG, DEFENDANTS.

AND ANOTHER RELATED CASE.

January 23, 2015.

ORDERED that the petition for certification is granted limited to the issue of whether the trial court erred in barring the testimony of a witness who claimed that her superiors directed her to lie to the person investigating plaintiffs' claims of sexual harassment.